IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARGARET C. HILL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. ) | Civil Action No. 3:09-CV-112 |

CONSENT MOTION FOR REVERSAL AND REMAND
PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

ORDER

Pursuant to the power of this Court under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), to remand a case to the Commissioner of Social Security ("Commissioner") for further action based on a motion of the Commissioner made for good cause shown before filing an answer, and in light of the government's request to remand this action for a *de novo* hearing by an administrative law judge ("ALJ"),

IT IS HEREBY ORDERED that on remand, the Commissioner will remand the case to an ALJ for a *de novo* hearing and further development of the record to include Exhibits 13F and 14F.

Therefore, this court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. §405(g) for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.               Signed: June 1, 2009

Frank D. Whitney
United States District Judge